```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
                                    The party obtaining this order is responsible for
                                    noticing it pursuant to Local Rule 9022-1.
```


1 **PERRY & SHAPIRO, L.L.P.**  **Dated: June 17, 2009**
  3300 N. Central Avenue, #2200
2 Phoenix, Arizona 85012
  (602) 222-5711
3 (602) 222-5701 Facsimile                  *Randolph J. Haines*
  (847) 627-8802 Facsimile        _____
4 AZNotices@logs.com, e-mail         **RANDOLPH J. HAINES**
  Christopher R. Perry, Bar #009801    **U.S. Bankruptcy Judge**
5 Jason P. Sherman, Bar #019999
  Attorney for JPMorgan Chase Bank, N.A.
6 [FILE 09-012970 CHE]

7
                    **UNITED STATES BANKRUPTCY COURT**
8                         **DISTRICT OF ARIZONA**

9  In re:                           Case # 2:09-bk-09897-RJH

10 LYN SATTAZAHN,                   Chapter 7 Proceedings

11        Debtor.
   ─────────────────────────────
12 JPMorgan Chase Bank, N.A., its      **ORDER LIFTING**
   assignees and / or successors      **THE AUTOMATIC STAY**
13 in interest,
            Movant,                Re: Real Property located at
14                                      5538 West Park Street
   v.                                    Laveen, AZ 85339
15
   LYN SATTAZAHN, Debtor, and
16 Chapter 7 Trustee S. William
   Manera,
17        Respondents.
```

17    The court finds that a Motion for Relief From the Automatic

18 Stay and a Notice of Filing of the Motion have been filed with

19 the Court and served upon interested parties in the above

20 captioned matter by JPMorgan Chase Bank, N.A., ("CHASE"), and

21 that good cause exists to grant the Motion for Relief;

22    **THEREFORE, IT IS ORDERED:**

23    **1.** CHASE, its assignees or successors-in-interest, is hereby

24 granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 5538 West Park Street, Laveen, AZ 85339 and legally described as:

> LOT 156, OF COTTONFIELD RANCH, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 607 OF MAPS, PAGE 41.

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge